AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>4:21-MJ-545 | Date and time warrant executed:<br>8/16/21  1130 | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>Rodney Sykes |||
| Inventory of the property taken and name of any person(s) seized: |||

1) Black Apple iPhone cellphone

2) Black Samsung cellphone
   IMEI: 350603973910323

Nothing Follows

**FILED**

**August 25, 2021**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/16/21

_____
Executing officer's signature

Patrick McGuire - Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH DATA CONTAINED ON TWO CELLPHONES SEIZED FROM RODNEY SYKES | )<br>)<br>) Case No.  4:21-MJ-545<br>)<br>) [FILED UNDER SEAL]<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Texas__
*(identify the person or describe the property to be searched and give its location)*:

Further described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Further described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  __8/24/2021__
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hal R. Ray, Jr._____.
        *(name)*

**N/A** ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __8/10/2021 @ 10:35 a.m.__    __Hal R. Ray, Jr.__
                                                                                       *Judge's signature*

City and state:   __Fort Worth, Texas__    __Hal R. Ray, Jr., United States Magistrate Judge__
                                                                                       *Printed name and title*

# ATTACHMENT A

The property to be searched are:

**Device 1: Black Apple iPhone cellphone**

**Device 2: Black Samsung cellphone, IMEI# 350603973910323**

The devices were seized from the person of **Rodney Sykes** on August 2, 2021, pursuant to his arrest in Fort Worth Texas. The devices are currently located at the FBI Dallas Division, Fort Worth RA, in Fort Worth, Texas.

This warrant authorizes the forensic examination of the devices for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1. Evidence, contraband, fruits, and instrumentalities of violation of Title 18 U.S.C. § 2113, Bank Robbery:

> a. any information related the above violations including names, addresses, phone numbers, call logs, contacts, text messaging or any other type of messaging through applications, photographs, videos, or any other identifying information of possible co-conspirators;
>
> b. any information recording scheduled or travel of co-conspirators;
>
> c. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the internet to communicate with co-conspirators to include;

> a. records of Internet Protocol addresses used;
>
> b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of cellular telephone, computer, or electronic storage (such as flash memory or other media that can store data) and any photographic form

Attachment B