IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE<br>SEALED SEARCH WARRANTS | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States, acting by and through the undersigned Acting United States Attorney for the Northern District of Texas, and respectfully moves this Honorable Court for an Order to UNSEAL the search warrant, application, affidavit and any attachments for the search warrants listed below:

> 4:21-MJ-545
> 4:21-MJ-558

The government has executed the search warrants in the cases listed above and any further investigation will not require continued sealing of the documents.

Therefore, the government requests that the search warrant, application, affidavit and any attachment be unsealed.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*s/ Levi Thomas*
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:   817-252-5455